Neil Ison, State Bar Number 112881
21285 Saratoga Hills Road
Saratoga, CA 95070
T:   408-828-2490
F:   408-867-1300
quantumdeco@yahoo.com



Attorney for Flora Ng

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**C08 01782 JW HRL**

| | |
|---|---|
| Flora Ng,<br><br>   Plaintiff,<br>v.<br><br>Sterling Pacific Lending, Inc., et al.<br><br>   Defendants. | Case Number<br><br>Notice of Removal<br><br>Santa Cruz County Superior Court<br>Number CV 159630 |

### NOTICE OF REMOVAL OF STATE COURT ACTION

[Partly removed from Santa Cruz Superior Court, California, Action No. CV 159630]

To:   Judges of the United States District Court for the Northern District of California
     All Defendants in the above referenced Santa Cruz County Action
     The Clerk of the State Court, The Clerk of the United States District Court

1.   On March 4, 2008, Santa Cruz Superior Court Action Number CV 159630 was commenced by plaintiff Flora Ng against Sterling Pacific Lending, Inc., et al.

2.   To date, only defendant Yosemite Management Group, LLC, has filed a cross complaint and no defendant has answered.

3.   Attached to this notice and incorporated herein is the removal notice filed with the United States Bankruptcy Court for the Northern District of California.

Wherefore, plaintiff prays that the above action now pending in the California Superior Court for the County of Santa Cruz be removed therefrom to this court.

Dated: April 1, 2008

                              _____
                              Neil Ison, Attorney for Applicant
                              21285 Saratoga Hills Road
                              Saratoga, CA 95070
                              408-828-2490

1

1     Neil Ison, State Bar Number 112881

2     21285 Saratoga Hills Road

3     Saratoga, CA 95070

4     T 408-828-2490

5     F 408-867-1300

6     Attorney for Plaintiff

7     **SUPERIOR COURT OF CALIFORNIA**

8     **COUNTY OF SANTA CRUZ**

9     Flora Ng,             Case No. CV 159630

10       Plaintiff,

11       v.

12     Sterling Pacific Lending, Inc.,     Cover Sheet

13     d.b.a. Sterling Pacific Financial,

14     Yosemite Management Group,

15     Generation Leasing, LLC,

16     WT Capital Lender Services,

17     First American Title, Trustee,

18     Joshua Fischer, Charles R. Fischer,

19     Christina Fischer, Gerald Fischer,

20     Trustee, Thomas R. Fischer, Steven

21     E. Fischer, Lloyd Fischer, Marie

22     Locatelli, Gaspare Orlando, Benita

23     Gaspare, Carol Lee, Trustee, all

24     persons unknown, claiming any

25     legal or equitable rights adverse

26     to Plaintiff in the Properties,

27     and Does 1 – 100,

28       Defendants.

I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct according to the best of my knowledge, information, and belief, and that this declaration was executed on April 1, 2008, at Saratoga, CA.

                                                Flora Ng

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
FLORA NG

### DEFENDANTS
STERLING PACIFIC LENDING, INC. ET AL
(COVER SHEET FOR ALL DEFENDANTS)

(b) County of Residence of First Listed Plaintiff: SANTA CLARA CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: SANTA CRUZ CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
NEIL ISON
21285 SARATOGA HTS DR
SARATOGA, CA 95070

Attorneys (If Known)
POWELL & POOL
DON POOL
JESSICA GIANNETTA
7522 N. COLONIAL AVE. SUITE 100
FRESNO, CA 93711

E-FILING
C08 01782 JW
HRL
ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury — Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  |  | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| [x] 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  |  | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights |  | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1452, 157, 1334, 11 USC 362
Brief description of cause: VIOLATION OF BANKRUPTCY AUTOMATIC STAY, SET ASIDE FORECLOSURE SALES, QUIET TITLE, INJUNCTION, DEC RELIEF

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 8,000,000
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes [x] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND   [x] SAN JOSE

DATE: 4-3-08
SIGNATURE OF ATTORNEY OF RECORD