Neil Ison, State Bar Number 112881
21285 Saratoga Hills Road
Saratoga, CA 95070
T:    408-828-2490
F:    408-867-1300
quantumdeco@yahoo.com



FILED

APR 0 2 2008

CLERK
United States Bankruptcy Court
San Jose, California

Attorney for Flora Ng

# UNITED STATES BANKRUPTCY COURT
# NORTHER DISTRICT OF CALIFORNIA

085088

| In re Armando Saldana, | Case Number 08-50672 |
|---|---|
| Debtor, | Chapter 13 |
| Flora Ng, | Judge Honorable Roger L. Efremsky |
| Plaintiff, | Notice of Removal |
| v. | |
| Sterling Pacific Lending, Inc., et al. | Santa Cruz County Superior Court Number CV 159630 |
| Defendants. | |

NOTICE OF REMOVAL OF STATE COURT ACTION

[Partly removed from Santa Cruz Superior Court, California, Action No. CV 159630]

To:   Honorable Roger L. Efremsky, United States Bankruptcy Court Judge
      All Defendants in the above referenced Santa Cruz County Action
      The Clerk of the State Court
      The Clerk of the United States District Court
      The Clerk of the Bankruptcy Court

Pursuant to Title 28, United States Code, Section 1452(a), and Federal Rules of Bankruptcy Procedure, Rule 9027, moving party in this matter and plaintiff in the underlying action Flora Ng makes application for removal of some of the causes of action, namely causes of action one through four, against all defendants, in Civil Action entitled Flora Ng v. Sterling Pacific Lending, Inc., Action Number CV 159630, now pending in the Superior Court for the State of California and for the County of Santa Cruz (Civil Action). This removal is based upon the following facts:

1

1. Moving party Flora Ng is the plaintiff in the Civil Action.

2. The United States District Court in this district has jurisdiction over the Civil Action under Title 28, United States Code, Sections 157(a) and 1334(b). Jurisdiction exists under Title 28, United States Code, Section 1334(b) because the Civil Action is related to a bankruptcy case pending in this district as In re Armando Saldana, Case Number 08-50672.

3. The Civil Action is related to the bankruptcy case because of the following:

   A. Several properties of the estate were foreclosed upon by the defendants in the Civil Action after debtor Armando Saldana filed the above entitle Chapter 13 bankruptcy and the foreclosure sales were in violation of the automatic stay.

   B. The properties were purchased by a third party, Yosemite Management Group, LLC, a defendant in the Civil Action.

   C. All defendants in the Civil Action were provided notice of the bankruptcy filing, orally and in writing via facsimile, before the foreclosure sales.

   D. All defendants in the Civil Action proceeded with the foreclosure sales in willful violation of the automatic stay.

   E. Following the foreclosure sales, all defendants in the Civil Action refused to set aside the foreclosure sales, in further willful violation of the automatic stay.

   F. Following the foreclosure sales, all defendants in the Civil Action have taken further actions to seize the properties and their rents and profits, all of which interferes with debtor Armando Saldana's interests in the properties.

   G. Debtor Armando Saldana has and had interests in the properties and those interests in the properties are necessary to the successful completion of debtor Armando Saldana's Chapter 13 Plan.

   H. Moving party Flora Ng has and had interests in the properties and those interests are and were abrogated by defendants' willful violation of the automatic stay.

I.  Unless this court sets aside the foreclosure sales, debtor Armando Saldana will lose his interests in the properties, prejudicing Armando Saldana and the other creditors of the estate.

J.  Unless this court renders a decision regarding defendants' willful violation of the automatic stay, there is a possibility that state court and federal court decisions will be inconsistent, although the decision will be based upon the same operative facts and law.

4.  On removal of the Civil Action, and on information and belief, the proceeding will be a core proceeding within the meaning of Title 28, United States Code, Sections 157 (b)(1) and (b)(2), or a non-core proceeding if not a core proceeding within the meaning of Title 28, United States Code, Section 157(b)(1), and notwithstanding that the proceeding may constitute a non-core proceeding on removal, moving party Flora Ng consents to entry of all final orders or judgments by the Bankruptcy Court as permitted by Title 28, United States Code, Section 157(c)(2).

5.  True and correct copies of all process and pleadings filed and served in the Civil Action are attached to this notice.

Dated: April 1, 2008

_____
Neil Ison, Attorney for Applicant
21285 Saratoga Hills Road
Saratoga, CA 95070
408-828-2490

I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct according to the best of my knowledge, information, and belief, and that this declaration was executed on April 1, 2008, at Saratoga, CA.

_____
Flora Ng