Neil Ison, State Bar Number 112881
21285 Saratoga Hills Road
Saratoga, CA 95070
T:  408-828-2490
F:  408-867-1300
quantumdeco@yahoo.com

E-FILING

Attorney for Flora Ng

Filed
2008 APR
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case Number C08 01782 JW HRL

| Flora Ng, | |
|---|---|
| Plaintiff, | Notice of Removal |
| v. | Santa Cruz County Superior Court Number CV 159630 |
| Sterling Pacific Lending, Inc., et al. | |
| Defendants. | |

NOTICE OF REMOVAL OF STATE COURT ACTION

[Partly removed from Santa Cruz Superior Court, California, Action No. CV 159630]

To:   Judges of the United States District Court for the Northern District of California
All Defendants in the above referenced Santa Cruz County Action
The Clerk of the State Court, The Clerk of the United States District Court

1.   On March 4, 2008, Santa Cruz Superior Court Action Number CV 159630 was commenced by plaintiff Flora Ng against Sterling Pacific Lending, Inc., et al.

2.   To date, only defendant Yosemite Management Group, LLC, has filed a cross complaint and no defendant has answered.

3.   Attached to this notice and incorporated herein is the removal notice filed with the United States Bankruptcy Court for the Northern District of California.

Wherefore, plaintiff prays that the above action now pending in the California Superior Court for the County of Santa Cruz be removed therefrom to this court.

Dated: April 1, 2008

Neil Ison, Attorney for Applicant
21285 Saratoga Hills Road
Saratoga, CA 95070
408-828-2490

1

I, Flora Ng, declare under penalty of perjury that the foregoing us true and correct according to the best of my knowledge, information, and belief, and that this declaration was executed on April 1, 2008, at Saratoga, CA.

Flora Ng

2