7
**HANNO T. POWELL 131154**
**DON J. POOL 166468**
**JESSICA L. GIANNETTA 234220**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for: YOSEMITE MANAGEMENT GROUP, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

* * *

| | |
|---|---|
| FLORA NG,<br><br>          Plaintiff,<br><br>     v.<br><br>STERLING PACIFIC LENDING, INC., d.b.a. STERLING PACIFIC FINANCIAL; YOSEMITE MANAGEMENT GROUP; GENERATION LEASING, LLC; WT CAPITAL LENDER SERVICES; FIRST AMERICAN TITLE, TRUSTEE; JOSHUA FISCHER; CHARLES R. FISCHER; CHRISTINA FISCHER; GERALD FISCHER, TRUSTEE; THOMAS R. FISCHER; STEVEN E. FISCHER; LLOYD FISCHER; MARIE LOCATELLI; GASPARE ORLANDO; BENITA GASPARE; CAROL LEE, TRUSTEE; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHTS ADVERSE TO PLAINTIFF IN THE PROPERTIES; AND DOES 1 – 100;<br><br>          Defendants.<br><hr>AND RELATED ACTION(S) | Case Nos. C 08-01782 JW and<br>          C 08-02032 JW (formerly PVT)<br><br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br><br>Date:  May 12, 2008<br>Time:  10:00 a.m.<br>Judge:  Hon. James Ware<br>Dept:  U. S. Courthouse<br>          Courtroom 3099<br>          280 South First Street<br>          San Jose, CA 95113 |

-1-

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

1   YOSEMITE MANAGEMENT GROUP, LLC (erroneously named in the

2   above-captioned matter as "YOSEMITE MANAGEMENT GROUP") (hereinafter referred to

3   as "Defendant" or "YOSEMITE MANAGEMENT") and FLORA NG submit the following

4   Joint Case Management Statement, as follows:

5                                **JURISDICTION AND VENUE**

6          Flora Ng contends as follows:  Subject Matter Jurisdiction for plaintiff Flora

7   Ng's claims in C 08-01782 JW and defendant Flora Ng's defenses in C 08-02032 PVT

8   (formerly, now JW) are pursuant to 28 U.S.C. Sections 157(a) and 1334(b) and, for the

9   Bankruptcy Court, Federal Bankruptcy Rule 9027.

10         Yosemite Management Group, LLC contends that this Court does not have

11  proper jurisdiction over any of the claims in either Case No. C 08-01782 JW or C 08-02032

12  PVT (now, JW).  Yosemite Management Group, LLC, intends to seek remand.

13         It should be noted that these cases have also been removed to the U.S.

14  Bankruptcy Court for the Northern District and have been assigned Adversary Proceeding

15  Nos. 08-05088 and 08-05096, respectively.  These adversary proceedings are currently

16  before Judge Roger L. Efremsky in the matter of In re Saldana, Case No. 08-50672.

17  Yosemite Management Group, LLC contends that it is not proper for these two cases to have

18  been simultaneously removed to both the District Court and the U.S. Bankruptcy Court and

19  to be open in both courts.

20         There are no venue issues.

21         Flora Ng contends that the following parties have been served in C 08-01782:

22  Yosemite Management Group, LLC, Joshua Fischer, WT Capital Lender Services, Sterling

23  Pacific Lending, Inc., Generation Leasing, LLC.  Flora Ng further contends that responses on

24  behalf of these defendants are overdue and should be filed immediately.  In contrast,

25  Yosemite Management Group, LLC takes the position that only WT Capital Lender Services

26  has been served in this case.  However, Yosemite Management Group, LLC has appeared in

27  the action.  None of the defendants have filed responsive pleadings in this action.

28  ///

-2-

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

1   In Case No. C 08-02032, all parties have been served.  Defendant Flora Ng

2   has filed an Answer.  Defendant Neil Ison's default has been entered.

3                                    **FACTS**

4           Flora Ng contends that the facts are as follows:  Flora Ng borrowed money

5   from some or all of the defendants in C 08-01782 JW except WT Capital Lender Services,

6   Inc., and First American Title secured by deeds on trust and evidenced by promissory notes

7   secured by four properties, Hecker Pass, Lombard, Hyde, and Marina.  Flora Ng defaulted on

8   the loans.  Notices of Default and Notices of Sale were properly promulgated.  Before the

9   sale date of February 19, 2008, Flora Ng entered into a written contract with Armando

10  Saldana for his services in saving the four properties.  The payment for the services included

11  an interest in the four properties.  On February 15, 2008, Armando Saldana filed for Chapter

12  13 bankruptcy, 08-50672.  Notice was given of the filing, but the foreclosure sales

13  proceeded.  Yosemite Management Group, LLC, was the successful bidder at all four sales.

14          Yosemite Management Group, LLC contends that the facts are as follows:

15  Flora Ng defaulted under certain loans secured by the above-referenced four properties

16  ("Real Properties").  On February 15, 2008, Armando Saldana purported to take a one

17  percent (1%) security interest in each of the Real Properties in order to secure payment by

18  Flora Ng in the amount of $3,000.00.  On that very same day, Armando Saldana filed a

19  Voluntary Petition in the U.S. Bankruptcy Court for the Northern District.  On February 19,

20  2008, Yosemite Management Group, LLC purchased the Real Properties at validly held

21  foreclosure sales.  Yosemite Management Group, LLC contends that the purported transfer of

22  a one percent (1%) security interest in the Real Properties from Flora Ng to Armando

23  Saldana was a fraudulent transfer for the purpose of defrauding Flora Ng's creditors.

24  Yosemite Management Group, LLC also contends that Armando Saldana's bankruptcy filing

25  was done in bad faith for the purpose of defrauding Flora Ng's creditors.

26                              **LEGAL ISSUES**

27          The principal issues are whether the purported transfer of a one percent (1%)

28  security interest in the Real Properties from Flora Ng to Armando Saldana was fraudulent,

                                      –3–
                                                      _____
                                                      Joint Case Management Statement

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

1  whether the bankruptcy filing was fraudulent and/or in bad faith, whether the automatic stay

2  should be annulled, whether the foreclosure sales were in violation of an automatic stay,

3  whether any of the foreclosure sales of the Real Properties are void, voidable, or should be

4  set aside, and whether Flora Ng has standing to bring her purported claims.  Flora Ng relies

5  primarily upon In re Schwartz (1992, 9th Cir.) 954 F.2d 569 and 11 U.S.C. 362.

### MOTIONS

7  There are no pending motions in the above-captioned Court.

8  Flora Ng anticipates bringing a motion for evidentiary sanctions arising out of

9  the alleged theft of a computer from the Hecker Pass property by some of the defendants,

10  which computer allegedly contained attorney-client privileged material.

11  Yosemite Management Group, LLC intends to bring a motion to remand the

12  removed actions to State Court.  Yosemite Management Group, LLC intends to bring various

13  motions in the U.S. Bankruptcy Court, such as motions in the adversary proceedings for

14  injunctive relief and, eventually, for dismissal and/or summary judgment.  Yosemite

15  Management Group, LLC filed an Ex Parte Application for Temporary Restraining Order

16  and Order to Show Cause Why Preliminary Injunction Should Not Issue on May 2, 2008 in

17  Adversary Proceeding No. 08-05088.

### AMENDMENT OF PLEADINGS

19  Due to a typographic error, one of the defendants was misnamed.  This should

20  be corrected by stipulation of the parties, depending on the above information to be provided

21  by counsel Powell & Pool.  Depending upon the ruling on Flora Ng's anticipated motion,

22  there may be an amendment for spoliation of evidence.

### EVIDENTIARY PRESERVATION

24  Except for Flora Ng's anticipated motion, there are no known issues.

### DISCLOSURE

26  Initial disclosures required under Federal Rules of Civil Procedure Rule 26

27  have not been made.  For the reasons set forth above, Yosemite Management Group, LLC

28  contends that these cases are not properly before the District Court.

-4-

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DISCOVERY

There has been no formal discovery.  There was a 341 hearing where Powell & Pool examined debtor Armando Saldana.

Yosemite Management Group, LLC will take the 2004 Examination of Debtor Armando Saldana on May 6, 2008.  Yosemite Management Group, LLC intends to propound written discovery on Flora Ng and to take the depositions of Flora Ng and possibly others, including Harvey Crumb.

## CLASS ACTION

This is not a class action.

## RELATED CASES

As indicated by the court's rulings, the two cases at issue have been determined by the Court to be related.

The main purpose of Flora Ng's complaint was to set aside the foreclosure sales.  Depending on the ruling on these matters, the cases many be remanded back to the state court.  Yosemite Management Group, LLC's Cross-Complaint against Flora Ng seeks to prohibit Flora Ng from acting as the owner of the Hyde Street real property and from attempting to collect rents from tenants thereat.

By way of its Unlawful Detainer Complaint, Yosemite Management Group, LLC seeks possession of the Hecker Pass Road property on the grounds that Yosemite Management Group, LLC is the current record owner of said property.  Flora Ng contends that this matter depends on the ruling of the court on the legal issues in these matters.  Yosemite Management Group, LLC contends that it is entitled to possession immediately, regardless of the legal issues present in the other cases.

## SETTLEMENT AND ADR

There has been no action on these matters.

## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

Flora Ng does not consent to a magistrate for all matters but does consent to a magistrate for all discovery matters.  Yosemite Management Group, LLC does not consent to

a magistrate judge for any purposes in this matter and further contends that these cases should not be in the District Court in light of the fact that they have been removed to the U.S. Bankruptcy Court as adversary proceedings.  In addition, Yosemite Management Group, LLC intends to seek remand of these two cases.

## OTHER REFERENCES

This matter is not suitable for binding arbitration.

## NARROWING OF ISSUES

The issues in these matters are narrow, as described in 3 above.

## EXPEDITED SCHEDULE

This matter should be expedited to the greatest extent possible.

## SCHEDULING

Scheduling should be discussed at the CMC if the Court decides to retain jurisdiction over these cases.

## TRIAL

Flora Ng contends that a court trial, if necessary, should be proper, given that the issues are mainly issues of law.

Yosemite Management Group, LLC requests a jury trial and anticipates that the trial in Case No. C 08-01782 should last approximately five to seven court days. Yosemite Management anticipates that the trial on Case No. C 08-02032 would last approximately  one to two days.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Flora Ng contends that Debtor Armando Saldana has an interest in these matters.  A "Certification of Interested Entities or Persons" has not been filed.

## OTHER MATTERS

As stated above, there appears to have been a procedural error in removing these two matters from State Court to federal court because they are open and active in this District Court and as Adversary Proceedings in the U.S. Bankruptcy Court.  Yosemite Management

///

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

-6-

1   Group, LLC requests that this procedural issue be resolved at the Case Management

2   Conference.

3   Dated:  May 2, 2008                    Respectfully submitted,

4                                           YOSEMITE MANAGEMENT GROUP, LLC
                                           THE LAW FIRM OF POWELL & POOL
5

6                                   By:  _____ / s / Jessica L. Giannetta _____

7                                           JESSICA L. GIANNETTA, Attorneys for
                                           YOSEMITE MANAGEMENT GROUP, LLC
8

9   Dated:  May 2, 2008                    Respectfully submitted,

10                                          FLORA NG
                                           NEIL ISON, ESQ.
11

12                                  By:  _____ /s/ Neil Ison _____

13                                          NEIL ISON, Attorney for FLORA NG

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

–7–