# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy:  Elizabeth Garcia**
**Date:  5/12/2008**  **Court Reporter:  Not Reported**
**Case No.: C-08-01782  JW**  **Interpreter:  N/A**
**Related Case No.:**
     **C-08-2032 Yosemite Management v. Flora Ng**

### TITLE

**Flora Ng v. Sterling Pacific Lending Inc et al**

**Attorney(s) for Plaintiff(s): Neil Ison (Flora Ng), Jessica Giannetta (Yosemite Management)**
**Attorney(s) for Defendant(s): Neil Ison (Flora Ng),  No Appearance (Sterling Pacific Management Inc)**

### PROCEEDINGS

**Case Management Conference**

### ORDER AFTER HEARING

Case Management Conference held off record in chambers.  The Court set a further Case Management
Conference for September 8, 2008 at 10:00 AM.  The Court STAYS all proceedings in this action.  The Court
to issue further Order following case management conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: