**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7   IN THE UNITED STATES DISTRICT COURT
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SAN JOSE DIVISION

| | |
|---|---|
| Yosemite Management Group, LLC, | NO. C 08-02032 JW |
| | NO. C 08-01782 JW |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| Ng, et al., | |
| Defendants. / | |

The Docket reflects that no action has been taken in this matter since May 2008. The Court sets a Further Case Management Conference for **September 22, 2008 at 10 a.m.** In accordance with the Civil Local Rules, the parties shall meet and confer and file a Joint Case Management Statement on or before **September 12, 2008**. Civ. L.R. 16-10(d). The Statement shall include a summary of the proceedings in the Bankruptcy Court and the parties' anticipated schedule for prosecuting this case.

Dated: August 15, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Neil R. Ison quantumdeco@yahoo.com
Donald James Pool , Esq. donp@wtcap.com

**Dated:  August 15, 2008**               **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers                  **
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**