(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:   (559) 228-6818

Attorneys for YOSEMITE MANAGEMENT GROUP, LLC

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

***

| | |
|---|---|
| YOSEMITE MANAGEMENT GROUP, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>FLORA NG, an individual residing in California; NEIL ISON, an individual residing in California; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 5:08-cv-02032-JW  AND<br>Related Case No. 5:08-cv-01782-JW<br><br>NOTICE OF BANKRUPTCY FILING BY FLORA FONG NG<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, ADMINISTRATIVELY CLOSING CASE IN LIGHT OF BANKRUPTCY STAY** |

/////
/////
/////
/////
/////
/////
/////
/////
/////

-1-

Notice of Bankruptcy Filing of Flora Fong Ng

TO THE COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that defendant in this matter, FLORA NG, has filed a chapter 11 bankruptcy proceeding in the United States Bankruptcy Court, Northern District of California, San Jose Division, on August 26, 2008, as case no. 08-54744.  A true and correct copy of NG's Notice of Bankruptcy Filing is attached hereto as exhibit A and incorporated herein by this reference.

Dated: August 28, 2008            THE LAW FIRM OF POWELL & POOL

                                            / S /    Don J. Pool
                                  DON J. POOL, Attorneys for
                                  YOSEMITE MANAGEMENT GROUP, LLC

**\*\*\* ORDER \*\*\***

In light of Plaintiff's bankruptcy filing, the Court VACATES the Case Management Conference currently set for September 22, 2008.  In addition, due to the automatic stay, the Clerk of Court shall administratively close this case.  The parties shall notify the Court, by a way of a Status Report, when the bankruptcy stay is lifted.

Dated:  September 17, 2008            _____
                                            JAMES WARE
                                            United States District Judge

Notice of Bankruptcy Filing of Flora Fong Ng